UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                            Case No: 1:13-cr-42

v.                                                           HON. JANET T. NEFF

LARRY GLEN FORD,

       Defendant.
                                              /

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed April 22, 2013 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt 83) is APPROVED and ADOPTED as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in the Superseding Information.

3. The written plea agreement is hereby continued under advisement pending sentencing.


Dated: May 13, 2013                                                     /s/Janet T. Neff
                                                                               JANET T. NEFF
                                                                               United States District Judge